FILED



JUL 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DENNIS K. KIEREN, JR.,

          Petitioner - Appellee,

  v.

STATE OF NEVADA ATTORNEY
GENERAL; ROBERT LeGRAND,
Warden,

          Respondents - Appellants.

No. 11-17915

DC No. 3:07 cv 0341 LRH

**O R D E R**

Before:     FARRIS, TASHIMA, and McKEOWN, Circuit Judges.

     Appellants' motion for reconsideration is granted and the memorandum disposition filed March 25, 2014, is withdrawn. An amended memorandum or opinion will issue in due course.